duly organized at the February Term, A. D. 1950 of Criminal District Court No. 2 of said County, in said Court, at said term, do present that J. B. Patterson on or about the 25th day of February, A. D. 1950, in said County and State, did with malice afore-thought kill Nettie Marie Patterson by shooting her with a gun. Against the peace and dignity of the State. Geo. N. Posey, Foreman of the Grand Jury."

The charge is as simple and compre-hensive as the indictment. It covers every possible issue. No exceptions were lodged against it and there are no bills of exception in the record. A motion for a new trial made complaint of the introduction of cer-tain testimony. There is no bill of excep-tion bringing this question up and we think that the evidence was admissible.

Finding no reversible error, the judgment of the trial court is affirmed.

**WOODLEY, Commissioner.**

Appellant was convicted of the offense of theft of property over the value of Five Dollars, and under the value of Fifty Dol-lars. The jury assessed his punishment at a fine of $25 and thirty days in the county jail.

There are no bills of exception nor a statement of facts in the record, and the proceedings appear to be regular.

The judgment is affirmed.

Opinion approved by the Court.

### FREDERICKSEN v. STATE.
#### No. 24971.

Court of Criminal Appeals of Texas.
Dec. 6, 1950.

### HUMPHRIES v. STATE.
#### No. 25021.

Court of Criminal Appeals of Texas.
Dec. 13, 1950.

None on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.